UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 09-36850 |
|---|---|
| Norman L Sorensen Jr | (Chapter 13) |
| Linda I Sorensen | |
| Debtors | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4105738**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 14/ 1 | PNC BANK<br>3232 NEWMARK DRIVE<br>MIAMISBURG, OH  45342 | 1,108.24 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/25/2011

Certificate of Service    09-36850

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

Norman L Sorensen Jr
Linda I Sorensen
700 W. Market Street
Springboro, OH  45066

WAYNE P NOVICK
2135 MIAMISBURG-CENTERVILLE RD
CENTERVILLE, OH  45459

(90.1n)
AMERICREDIT FINANCIAL SERVICES
BOX 183853
ARLINGTON, TX  76096

(98.1n)
ANDREW GOLDBERG
ROSICKI ROSICKI & ASSOCIATES
OUTSOURCE MANAGEMENT
51 E BETHPAGE ROAD
PLAINVIEW, NY  11803

(95.1n)
DAVID E GERNER
215 WEST NINTH STREET
CINCINNATI, OH  45202

(100.1n)
DEUTSCHE BANK NATIONAL TRUST
COMPANY
C/O FRANKLIN CREDIT MANAGEMENT
CORP
PO BOX 2301
JERSEY CITY, NJ  07303-2301

(1.1)
PNC BANK
3232 NEWMARK DRIVE
MIAMISBURG, OH  45342

(91.1n)
STEVEN H PATTERSON
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45201-5480

(93.1n)
US ATTORNEY GENERAL
MAIN JUSTICE BLDG RM 5111
10TH ST & CONSTITUTION AVE NW
WASHINGTON, DC  20530

(94.1n)
US ATTORNEY GENERAL
602 FEDERAL BLDG
200 WEST SECOND ST
DAYTON, OH  45402

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      sv